## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Michael Kors, L.L.C.,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 13 C 8612 ) |
| **The Partnerships and Unincorporated Associations identified on Schedule "A",** | ) ) ) Judge Rebecca R. Pallmeyer ) |
| **Defendant.** | ) ) |

### ORDER

Motion hearing held on 12/5/2013. Plaintiff Michael Kors, L.L.C.'s *Ex Parte* motion for entry of a (1) Temporary Restraining Order; (2) Domain Name Transfer Order, (3) Asset Restraining Order, (4) Expedited Discovery Order, and (5) service of process by email and electronic publication order [6] granted. Plaintiff's motion to exceed page limitation [7] granted. Plaintiff Michael Kors, L.L.C.'s motion for leave to file under seal [8] granted. Schedule A attached to the Complaint and Exhibits 7 and 8 to the Declaration of Lilly Stone shall remain under seal until further order of the Court. Michael Kors shall deposit with the Court Ten Thousand Dollars ($10,000.00) as security. This Temporary Restraining Order shall remain in effect for (14) fourteen days.

ENTER:

Dated: December 5, 2013

REBECCA R. PALLMEYER
United States District Judge

(T:00:01)